UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO MARTINEZ PALAYO,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-01877-KJD-BNW<br><br>ORDER |

In this habeas corpus action, the respondents were due on January 19, 2021, to respond to Mario Martinez Palayo's petition for writ of habeas corpus. *See* Order entered November 17, 2020 (ECF No. 6).

On January 19, 2021, Respondents filed a motion for extension of time (ECF No. 8), requesting a 62-day extension, to March 22, 2021, to respond to Palayo's petition. Respondents' counsel states that the extension of time is necessary because of the time necessary to obtain the state-court record for the case, because of her obligations in other cases, and because of delay caused by the COVID-19 pandemic. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 8) is **GRANTED**. Respondents will have until and including March 22, 2021, to respond to the petition for writ of habeas corpus.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered November 17, 2020 (ECF No. 6) will remain in effect.

DATED THIS __19th__ day of __January_____, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE

2