UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO MARTINEZ PALAYO,<br><br>　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　Respondents. | Case No. 2:20-cv-01877-KJD-BNW<br><br>ORDER |

In this habeas corpus action, after a 62-day extension of time, the respondents were due on March 22, 2021, to respond to Mario Martinez Palayo's petition for writ of habeas corpus. *See* Order entered November 17, 2020 (ECF No. 6); Order entered January 19, 2021 (ECF No. 10).

On March 22, 2021, Respondents filed a motion for extension of time (ECF No. 11), requesting a further 30-day extension, to April 21, 2021, to respond to Palayo's petition. Respondents' counsel states that the extension of time is necessary because of the time necessary to obtain the state-court record for the case, and because of delay caused by the COVID-19 pandemic. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 11) is **GRANTED**. Respondents will have until and including April 21, 2021, to respond to the petition for writ of habeas corpus.

///

///

///

1  **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
2  proceedings set forth in the order entered November 17, 2020 (ECF No. 6) will remain
3  in effect.

DATED THIS 29th day of March, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE